```
Display Patient's AppointmentsAug 03, 2017 08:27:51        Page:    1 of   4
                Confidential Patient Data Covered by Privacy Act
FLUTE,EMIL T                               DOB:           Sex: M
Pcp/Team: MOHAMMED,AHMED MD/
----Appt_Date/Time-------Clinic Name--------------Type  -  Status----------------
 1. Apr 17, 2017@16:00  PODIATRY              SCHED - CHECKED OUT
                right callous on his plantar that is infected

 2. Apr 18, 2017@09:00  PODIATRY              SCHED - CHECKED OUT
                fu right plantar callus

 3. Apr 18, 2017@11:40  RED TEAM MD           SCHED - CANCELLED

                Cancel Remark: GOT IN WITH PODIATRY

 4. Apr 19, 2017@08:00  OUTPATIENT PROCEDURES SCHED - CHECKED OUT
                dressing change

 5. Apr 19, 2017@10:00  PODIATRY              SCHED - CANCELLED

+----------Enter ?? for more actions-----------------------------------------
VA  View Appointment                VV  View Visit
Select Action: Next Screen//
```

Elizabeth Roberts

Sophra Perttula

Crystal Shields

EXHIBIT 3



```
Display Patient's AppointmentsAug 03, 2017 08:29:42        Page:    2 of    4
                    Confidential Patient Data Covered by Privacy Act
FLUTE,EMIL F                              DOB:              Sex: M
Pcp/Team: MOHAMMED,AHMED MD/
+---Appt Date/Time------Clinic Name-------------Type  -  Status----------------
+---Appt Date/Time------Clinic Name-------------Type  -  Status----------------
               Cancel Remark: This appointment was rescheduled for 4/19/2017 at

  6. Apr 20, 2017@08:00  OUTPATIENT PROCEDURES     SCHED - CHECKED OUT

  7. Apr 21, 2017@08:40  OUTPATIENT PROCEDURES     SCHED - CANCELLED

               Cancel Remark: Wife will be completing dressing changes at home.

  8. Apr 24, 2017@09:30  PODIATRY                  SCHED - CHECKED OUT
               SURGICAL SITE CHK. RT FOOT

  9. Apr 26, 2017@09:30  PODIATRY                  SCHED - CANCELLED

               Cancel Remark: This appointment was rescheduled for 4/27/2017 at
+---------Enter ?? for more actions--------------------------------------------
               Cancel Remark: This appointment was rescheduled for 4/27/2017 at
+---------Enter ?? for more actions--------------------------------------------
VA  View Appointment                    VV  View Visit
Display Patient's AppointmentsAug 03, 2017 08:29:51        Page:    3 of    4
                    Confidential Patient Data Covered by Privacy Act
FLUTE,EMIL F                              DOB:              Sex: M
Pcp/Team: MOHAMMED,AHMED MD/
+---Appt Date/Time------Clinic Name-------------Type  -  Status----------------
+---Appt Date/Time------Clinic Name-------------Type  -  Status----------------
 10. Apr 27, 2017@09:30  PODIATRY                  SCHED - CHECKED OUT
               fu right foot ulcer
 11. May 03, 2017@10:00  PODIATRY                  SCHED - CHECKED OUT
               F/U
 12. May 04, 2017@11:00  PODIATRY                  SCHED - CANCELLED

 13. May 04, 2017@11:30  PODIATRY                  SCHED - CHECKED OUT
               F/U right hallux ulcer.
 14. May 10, 2017@11:00  PODIATRY                  SCHED - CHECKED OUT
               f/u right foot ulcer.
+---------Enter ?? for more actions--------------------------------------------
               f/u right foot ulcer.
+---------Enter ?? for more actions--------------------------------------------
VA  View Appointment                    VV  View Visit
```

```
Display Patient's AppointmentsAug 03, 2017 08:31:20        Page:     4 of    4
                 Confidential Patient Data Covered by Privacy Act
FLUTE,EMIL F                              DOB:              Sex: M
Pcp/Team: MOHAMMED,AHMED MD/
+---Appt Date/Time------Clinic Name-------------Type  -  Status-----------------

15. May 17, 2017@11:00  PODIATRY              SCHED - CANCELLED


16. May 18, 2017@13:00  RED TEAM MD           SCHED - CHECKED OUT
        MEDICATION REVIEW

17. Jun 15, 2017@13:00  RED TEAM MD           SCHED - CHECKED OUT
        F/U BP


        Not currently on a Waiting List.



        ----------Enter ?? for more actions----------------------------------------
VA  View Appointment                    VV  View Visit
Select Action: Quit//
```

```
****** CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] ******
***** FLUTE,EMIL F        <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 1 *****
```

--------------- DEMOGRAPHICS - BRIEF W/ADV DIRECTIVES ------------------

```
FLUTE,EMIL F  MALE  DOB:            AGE: 68  SSN: XXX-XX-7245
TRIBE: LOWER BRULE SIOUX TRIBE, SD         DIRECT ONLY
WINNEBAGO HOSPITAL HEALTH RECORD NUMBER:
                       ,N SIOUX CITY,SD,57049
Home Phone:                  Work Phone: NONE
Preferred Language: ENGLISH
Advance Directives: NO    Updated: MAR 15, 2017
Last Registration Update: AUG 28, 2017
```

------------------------ INSURANCE INFORMATION -------------------------

```
INSURANCE              NUMBER      SUFF COV  EL DATE  SIG DATE END DATE
MEDICARE               503627245   A    A    02/01/00
MEDICARE               503627245   A    B    02/01/00 05/26/06
FEDERAL BC/BS          R09857671              01/13/02
                       Coverage Type:
```

------------ ALLERGIES/ADVERSE REACTIONS (FROM ALLERGY TRACKING) ------------

```
ADVERSE REACTIONS:
  noted: 11/26/14 CLINDAMYCIN             (verified)--HEARTBURN
  SPECIFIED:
  ted: 6/26/06  BACTRIM                   (verified)--DON'T GIVE BACTRIM WIT
H MTX
  noted: 1/24/07 VERSED                   (verified)--
  noted: 1/26/10 CODEINE                  (verified)--

Allergy List Reviewed On:      Sep 12, 2017   By: MOHAMMED,AHMED
Allergy List Updated On:                      By:
No Active Allergies Documented On:            By:
```

--------- MEASUREMENT PANELS (OUTPATIENT) (max 5 visits or 2 years) ---------

```
          HT   WT    BP     BMI   PHQ2 AG      VU          VC
09/11/17  68   225  144/75  34.2
08/28/17  67   221  183/84  34.7
06/15/17  67   220  121/69  34.4   0
05/18/17  67   222  177/84  34.7   0
05/10/17            169/85
08/27/98                                                20/30-20/40
```

----------------------- ACTIVE PROBLEMS (ALL) -------------------------

```
           ENT.   MODIFIED
  I1     09/04/08 03/15/17  Rheumatoid arthritis |   (onset
                         09/04/08)(Status: CHRONIC)
                      Severity:   246112005 - Severity
                                  6736007 - Moderate
```

```
****** CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] ******
***** FLUTE,EMIL F      <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 2 *****
```

```
----------------------- ACTIVE PROBLEMS (ALL) -------------------------
```

|        | ENT.     | MODIFIED |                                                                                                    |
|--------|----------|----------|----------------------------------------------------------------------------------------------------|
| WI3    | 12/22/08 | 03/15/17 | Essential hypertension \| uncontrolled  (onset 12/22/08)(Status: CHRONIC) Severity:   246112005 - Severity   371923003 - Mild to moderate |
| WI4    | 12/22/08 | 12/05/14 | Obesity \|   (onset 12/22/08)(Status: CHRONIC)                                                      |
| WI9    | 12/05/14 | 12/05/14 | Hyperlipidemia \|   (Status: CHRONIC)                                                               |
| WI10   | 12/06/14 | 12/06/14 | Coronary arteriosclerosis \| post angiogram , stanford SIOUX FALLs  (Status: CHRONIC)              |
| WI20   | 04/18/16 | 04/18/16 | Chronic obstructive lung disease \|   (onset 04/18/16)(Status: CHRONIC) Severity:   246112005 - Severity   371923003 - Mild to moderate |

```
Problem List Reviewed On:        Sep 11, 2017  By: MOHAMMED,AHMED
Problem List Updated On:         Sep 11, 2017  By: MOHAMMED,AHMED
No Active Problems Documented On:              By:
```

```
----------------- MEDS - ALL WITH # ISSUED (max 9 months) ----------------
```

```
MEDICATIONS DISPENSED SINCE Feb 10, 2017
(C) - Chronic Medication, (CRx) - Controlled Drug
```

```
11/02/17 (C)        LOSARTAN 100MG TAB #30 (30 days)
                    TAKE ONE (1) TABLET BY MOUTH DAILY  3 refills left.
                    Most recent issue date:  8/28/2017
                    # times prev filled: 5   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)        CALCIUM CARBONATE 500MG TAB #60 (30 days)
                    TAKE ONE (1) TABLET BY MOUTH TWICE A DAY  3 refills left.
                    Most recent issue date:  8/28/2017
                    # times prev filled: 9   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)        METOPROLOL SUCC XL 50MG TABLET  #90 (30 days)
                    TAKE THREE (3) TABLETS BY MOUTH DAILY FOR HIGH BLOOD
                    PRESSURE  3 refills left.
                    Most recent issue date:  8/28/2017
                    # times prev filled: 5   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)        OCUVITE LUTEIN TABLET #30 (30 days)
                    TAKE 1 TABLET BY MOUTH DAILY WITH FOOD  3 refills left.
                    Most recent issue date:  8/28/2017
                    # times prev filled: 9   10/4/2017 9/5/2017 8/8/2017
11/02/17            HYDROXYCHLOROQUINE SULFATE 200MG TAB #60 (30 days)
                    TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID
                    ARTHRITIS  3 refills left.
                    Most recent issue date:  8/28/2017
                    # times prev filled: 9   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)        PREDNISONE 5MG TABLET #30 (30 days)
                    TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD  3
                    refills left.
                    Most recent issue date:  8/28/2017
```

```
******* CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] *******
***** FLUTE,EMIL F      <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 3 *****

------------- MEDS - ALL WITH # ISSUED (max 9 months) -----------------
                        # times prev filled: 9   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)   ATORVASTATIN 40MG TABLET #30 (30 days)
                  TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL
                  3 refills left.
                  Most recent issue date:  8/28/2017
                  # times prev filled: 9   10/4/2017 8/28/2017 8/8/2017
11/02/17       LEFLUNOMIDE 20MG TABLET #30 (30 days)
                  TAKE ONE (1) TABLET BY MOUTH DAILY  3 refills left.
                  Most recent issue date:  8/28/2017
                  # times prev filled: 9   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)   ASPIRIN 81MG E.C. TAB #120 (90 days)
                  TAKE ONE (1) TABLET BY MOUTH DAILY  2 refills left.
                  Most recent issue date:  3/15/2017
                  # times prev filled: 1   7/5/2017
11/02/17 (C)   ERGOCALCIFEROL 1.25MG (50,0000 UNITS) CAPS #1 (28 days)
                  TAKE ONE (1) CAPSULE BY MOUTH MONTHLY FOR VITAMIN D
                  DEFICIENCY  2 refills left.
                  Most recent issue date:  3/15/2017
                  # times prev filled: 8   10/4/2017 8/28/2017 8/8/2017
11/02/17 (C)   METFORMIN XR 500MG TAB #30 (30 days)
                  TAKE ONE (1) TABLET BY MOUTH DAILY WITH FOOD FOR DIABETES
                  3 refills left.
                  Most recent issue date:  8/28/2017
                  # times prev filled: 5   10/4/2017 8/28/2017 8/8/2017
28/17 (CRx)    HYDROCODONE/APAP 5/325 TABLET #40 (30 days)
                  TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS IF NEEDED FOR
                  PAIN
                  Most recent issue date:  8/28/2017
                  # times prev filled: 3   6/15/2017 5/18/2017 3/15/2017
06/15/17       NYSTATIN 100000U/GM CREAM #30 (30 days)
                  APPLY A SMALL AMOUNT TO THE AFFECTED AREA TWICE A DAY FOR
                  INFECTION
                  Most recent issue date:  6/15/2017
06/15/17       TRIAMCINOLONE 0.1% CREAM 15GM #30 (10 days)
                  APPLY A THIN LAYER TO THE AFFECTED AREA TWICE A DAY FOR
                  RASH/ITCHING  1 refill left.
                  Most recent issue date:  6/15/2017
05/18/17       PREDNISONE 10MG TABLET #30 (30 days) -- D/C 06/15/17
                  TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD  5
                  refills left.
                  Most recent issue date:  5/18/2017
05/04/17       SILVER SULFADIAZINE 1% CREAM  #25 (30 days)
                  APPLY A THIN LAYER TO THE AFFECTED AREA TWICE A DAY  1
                  refill left.
                  Most recent issue date:  5/4/2017
                  # times prev filled: 1   4/17/2017
05/04/17       LOSARTAN 50MG TAB #60 (30 days) -- D/C 06/07/17
                  TAKE ONE (1) TABLET BY MOUTH TWICE A DAY  3 refills left.
                  Most recent issue date:  3/15/2017
                  # times prev filled: 3   4/11/2017 3/15/2017 3/6/2017
04/17          METOPROLOL SUCC XL 100MG TABLET  #30 (30 days) -- D/C 06/07/1
7
```

```
****** CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] *******
***** FLUTE,EMIL F      <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 4 *****

 -------------- MEDS - ALL WITH # ISSUED (max 9 months) ------------------
                  TAKE ONE (1) TABLET BY MOUTH DAILY FOR HIGH BLOOD
                  PRESSURE  3 refills left.
                  Most recent issue date:  3/15/2017
                  # times prev filled: 2   4/11/2017 3/15/2017
04/20/17          LIDOCAINE 2% TOPICAL JELLY #5 (3 days)
                  APPLY A THIN LAYER TO THE AFFECTED AREA NOW DISPENSE TO
                  RN IN POD CLINIC USE FOR DEBRIDEMENT OF WOUND #
                  Most recent issue date:  4/20/2017
04/17/17          CEPHALEXIN 500MG CAP    #30 (10 days)
                  TAKE ONE (1) CAPSULE BY MOUTH EVERY 8 HOURS AS DIRECTED
                  FOR FOOT INFECTION
                  Most recent issue date:  4/17/2017
03/06/17          METOPROLOL TARTRATE 25 MG TABLET #10 (5 days) -- D/C 05/04/17
                  TAKE ONE (1) TABLET BY MOUTH TWICE A DAY
                  Most recent issue date:  3/6/2017


Medication List Reviewed On:          Sep 12, 2017   By:  MOHAMMED,AHMED
Medication List Updated On:           Aug 28, 2017   By:  MOHAMMED,AHMED
No Active Medications Documented On: Jan 10, 2014   By:  MOHAMMED,AHMED

------------ OUTPATIENT/FIELD VISITS (max 10 visits or 2 years) ------------

  /02/17  WINNEBAGO    PHARM    Dispensing medication |
  /04/17  WINNEBAGO    PHARM    Dispensing medication |
09/11/17  WINNEBAGO    GEN      Essential hypertension | uncontrolled
                                Rheumatoid arthritis |
                                Chronic obstructive lung disease |
09/05/17  WINNEBAGO    PHARM    MED FILL
08/28/17  WINNEBAGO    GEN      Rheumatoid arthritis |
                                Essential hypertension | uncontrolled
                                Hyperlipidemia |
                       PHARM    Dispensing medication |
08/23/17  WINNEBAGO    CHART RE Chart evaluation by healthcare professional |
                                CHART REVIEW
                                Screening due |
08/17/17  WI-TRBL      CASE MAN Screening wanted | dt podiatry encounter
                                during sterilization breech
08/08/17  WINNEBAGO    PHARM    Dispensing medication |
07/07/17  WINNEBAGO    PHARM    Dispensing medication |
                       CHART RE Chart evaluation by healthcare professional |
                                CHART REVIEW
07/05/17  WINNEBAGO    PHARM    MED FILL
                       PHARM    Dispensing medication |


--------------- MOST RECENT LABORATORY DATA (max 9 months) ---------------

  TEST              RESULT DT/TIME  VISIT   RESULT      UNITS     REF RANGE
CMP                 03/15/17@13:17  03/15/17
  OTEIN,TOTAL                       03/15/17 6.80       g/dL      6.30-8.20
  BUMIN                             03/15/17 3.70       g/dL      3.50-5.10
```

```
******* CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] *******
***** FLUTE,EMIL F       <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 5 *****
```

-------------- MOST RECENT LABORATORY DATA (max 9 months) ----------------

| TEST | RESULT DT/TIME | VISIT | RESULT | UNITS | REF RANGE |
|------|----------------|-------|--------|-------|-----------|
| A/G RATIO | | 03/15/17 | 1.20 | | 1.10-2.20 |
| CHOLESTEROL | | 03/15/17 | 96.6 | mg/dL | 60.0-200.0 |
| ALK PHOS | | 03/15/17 | 70 | U/L | 38-126 |
| AST | | 03/15/17 | 26 | U/L | 14-59 |
| LDH | | 03/15/17 | 503 | U/L | 313-618 |
| ALT | | 03/15/17 | 37 | U/L | 9-72 |
| GGT | | 03/15/17 | 18.0 | U/L | 12.0-58.0 |
| BILIRUBIN, TOTAL | | 03/15/17 | 0.68 | mg/dL | 0.20-1.30 |
| BILIRUBIN, CONJUGATE | | 03/15/17 | 0.00 | mg/dL | 0.00-0.30 |
| BILIRUBIN, UNCONJUGA | | 03/15/17 | 0.27 | mg/dL | 0.00-1.10 |
| CALCIUM | | 03/15/17 | 8.76 | mg/dL | 8.40-10.20 |
| CPK | | 03/15/17 | 69 | U/L | 30-170 |
| BMP | 05/18/17@13:35 | 05/18/17 | | | |
| GLUCOSE | 05/18/17@13:35 | 05/18/17 | 154.2 (H) | mg/dL | 65.0-110.0 |
| UREA NITROGEN | 05/18/17@13:35 | 05/18/17 | 16.500 | mg/dL | 7.000-20.00 |
| CREATININE | 05/18/17@13:35 | 05/18/17 | 0.91 | mg/dL | 0.52-1.25 |
| BUN/CREAT RATIO | 05/18/17@13:35 | 05/18/17 | 18.10 | | 7.00-25.00 |
| SODIUM | 05/18/17@13:35 | 05/18/17 | 139.90 | mmol/L | 137.00-145.00 |
| POTASSIUM | 05/18/17@13:35 | 05/18/17 | 4.14 | mmol/L | 3.60-5.00 |
| CHLORIDE | 05/18/17@13:35 | 05/18/17 | 103.0 | mmol/L | 98.0-107.0 |
| CO2 | 05/18/17@13:35 | 05/18/17 | 28.2 | mmol/L | 22.0-30.0 |
| ION GAP W/K+ | 05/18/17@13:35 | 05/18/17 | 12.50 | mEq/L | 10.00-20.0 |
| ESTIMATED GFR | 05/18/17@13:35 | 05/18/17 | >60 | mL/min | 60- |
| TSH | 05/18/17@16:00 | 05/18/17 | 0.285 (L) | uUI/mL | 0.465-4.680 |
| FREE T4 | 05/18/17@16:00 | 05/18/17 | 1.230 | ng/dL | 0.780-2.190 |
| HEMOGLOBIN A1C PANEL | 08/28/17@09:51 | 08/28/17 | | | |
| dHb | | 08/28/17 | | | |
| dHA1c | | 08/28/17 | | | |
| d%A1c | 08/28/17@09:51 | 08/28/17 | 5.58 | % | 3.00-6.00 |
| ESTIMATED AVERAGE GL | 08/28/17@09:51 | 08/28/17 | 113.0 | % | |
| CBC WITH AUTO DIFF | 05/18/17@13:35 | 05/18/17 | | | |
| WBC | 05/18/17@13:35 | 05/18/17 | 5.80 | K/cmm3 | 4.00-11.00 |
| RBC | 05/18/17@13:35 | 05/18/17 | 4.58 (L) | M/cmm | 4.70-6.10 |
| HEMOGLOBIN | 05/18/17@13:35 | 05/18/17 | 13.6 (L) | g/dL | 14.0-18.0 |
| HEMATOCRIT | 05/18/17@13:35 | 05/18/17 | 43.2 | % | 42.0-52.0 |
| MCV | 05/18/17@13:35 | 05/18/17 | 94.3 (H) | fL | 80.0-94.0 |
| MCH | 05/18/17@13:35 | 05/18/17 | 29.7 | pg | 27.0-31.0 |
| MCHC | 05/18/17@13:35 | 05/18/17 | 31.5 (L) | g/dL | 32.0-36.0 |
| PLATELET COUNT | 05/18/17@13:35 | 05/18/17 | 147.0 | K/cmm3 | 130.0-400.0 |
| RDW | 05/18/17@13:35 | 05/18/17 | 14.4 | % | 11.5-15.5 |
| MPV | 05/18/17@13:35 | 05/18/17 | 12.0 (H) | fL | 7.4-10.4 |
| NE%, AUTO | 05/18/17@13:35 | 05/18/17 | comment | % | 43-65 |
| %, AUTO | 05/18/17@13:35 | 05/18/17 | comment | % | 20.5-45.5 |
| %, AUTO | 05/18/17@13:35 | 05/18/17 | comment | % | 5.5-11.7 |
| EOS%, AUTO | 05/18/17@13:35 | 05/18/17 | comment | % | .9-2.9 |
| BASO%, AUTO | 05/18/17@13:35 | 05/18/17 | comment | % | .2-1 |
| PCT | 05/18/17@13:35 | 05/18/17 | comment | | 0-.99 |

```
BLOOD COLLECTION        08/28/17@09:34 08/28/17 DONE
HIV 1/2 SCREEN          08/28/17@09:53 08/28/17 NEG                      NEG-
PROSTATE SPECIFIC AN    05/19/17@19:23 05/18/17 3.3        ng/mL        "< OR = 4
0"-
```

```
******* CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] *******
***** FLUTE,EMIL F       <WA>   (WINNEBAGO ADULT REGULAR SUMMARY) pg 6 *****

  |------------ MOST RECENT LABORATORY DATA (max 9 months) ---------------

    TEST              RESULT DT/TIME  VISIT    RESULT           UNITS      REF RANGE
 HEPATITIS PROFILE (A  08/31/17@19:42 08/28/17
  .HEPATITIS C ANTIBOD 08/31/17@19:42 08/28/17 NON-REACTIVE                "NON-REACT
 IVE"-
   HEPATITIS B SURFACE 08/31/17@19:42 08/28/17 NON-REACTIVE                "NON-REACT
 IVE"-
   HEPATITIS B CORE AB 08/31/17@19:42 08/28/17 NON-REACTIVE                "NON-REACT
 IVE"-
   HEPATITIS A IGM AB  08/31/17@19:42 08/28/17 NON-REACTIVE                "NON-REACT
 IVE"-
  .HEPC SIGNAL TO CUTO 08/31/17@19:42 08/28/17 0.05                        -1.00
  .HEP B CONFIRMATION                 08/28/17
  .HEP B RESULT                       08/28/17
 OCCULT BLOOD          03/20/17@15:55 03/20/17 NEG                         NEG-
 WBC DIFFERENTIAL (UN  05/19/17@06:36 05/18/17
   WBC COUNT (UNITY)   05/19/17@06:36 05/18/17 5.8              K/cmm      4.0-10.0
   SEGS (UNITY)        05/19/17@06:36 05/18/17 85.0  (H)        %          50.0-70.0
   BANDS (UNITY)       05/19/17@06:36 05/18/17 0.0              %          0.0-10.0
   LYMPHOCYTES (UNITY) 05/19/17@06:36 05/18/17 11.0  (L)        %          17.0-45.0
   MONOCYTES (UNITY)   05/19/17@06:36 05/18/17 2.0   (L)        %          5.0-12.0
   EOSINOPHILS (UNITY) 05/19/17@06:36 05/18/17 2.0              %          1.0-7.0
   BASOPHILS (UNITY)                  05/18/17                  %          0-1
   IMMATURE CELLS (UNIT               05/18/17                  %          0-
    THER (UNITY)                      05/18/17


---------- MOST RECENT RADIOLOGY STUDIES (max 10 visits or 1 year) ----------


FOOT 3 OR MORE VIEWS (04/18/17)
    IMPRESSION:  NO IMPRESSION.


------------------------------- IMMUNIZATIONS -------------------------------

    IMMUNIZATION FORECAST:


       FLU,NOS          past due
       ZOSTER           past due
       PNEUMO-PS        due

       * Contraindications:  Td-ADULT:   11-Jul-2014   Patient Refusal
                             Td-ADULTpf: 24-Aug-2007   Patient Refusal
                             PNEUMO-PS:  28-Aug-2017   Patient Refusal
                             PNEUMO-PS:  20-Sep-2007   Patient Refusal
                             Td-ADULT:   20-Sep-2007   Patient Refusal
                             FLU-TIVhx:  21-Nov-2008   Patient Refusal
                             Tdap:       24-Apr-2017   Patient Refusal
                             FLU-IIV3:   19-Mar-2015   Patient Refusal
                             ZOSTER:     28-Aug-2017   Patient Refusal
                             FLU,NOS:    19-Nov-2015   Patient Refusal
                             PCV-13:     24-Apr-2017   Patient Refusal
                             FLU-IIV4:   11-Jan-2017   Patient Refusal
                             FLU-IIV4:   28-Aug-2017   Vaccine Unavailable
```

```
******* CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL] *******
***** FLUTE,EMIL F      <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 7 *****
--------------------------- IMMUNIZATIONS ---------------------------

    IMMUNIZATION HISTORY:

        Td-ADULT          05/26/92   42 yrs   Lower Brule Hc
        Td-ADULT          03/10/04   54 yrs   Lower Brule Hc
        Tdap              05/21/12   62 yrs   Lower Brule Hc

        FLU-RIV3          04/13/15   65 yrs   Lower Brule Hc

        PCV-13            11/19/15   66 yrs   Lower Brule Hc
```

```
TD (ADULT) -- Patient Refusal                                    (07/11/14)
TD (ADULT) -- Patient Refusal                                    (09/20/07)
INFLUENZA, NOS -- Patient Refusal                                (11/19/15)
PNEUMOCOCCAL -- Patient Refusal                                  (08/28/17)
PNEUMOCOCCAL -- Patient Refusal                                  (09/20/07)
INFLUENZA, SPLIT [TIVhx] (INCL PURIFIED) -- Patient Refusal      (11/21/08)
TD (ADULT) PRESERVATIVE FREE -- Patient Refusal                  (08/24/07)
Tdap -- Patient Refusal                                          (04/24/17)
ZOSTER -- Patient Refusal                                        (08/28/17)
Pneumococcal, PCV-13 -- Patient Refusal                          (04/24/17)
INFLUENZA [TIV], SEASONAL, INJ -- Patient Refusal                (03/19/15)
INFLUENZA, Injectable, Quadravalent -- Patient Refusal           (01/11/17)
TD (ADULT) -- DECLINED SERVICE                                   (07/11/14)
TD (ADULT) -- DECLINED SERVICE                                   (09/20/07)
TD (ADULT) -- DECLINED SERVICE                                   (07/09/07)
INFLUENZA, NOS -- DECLINED SERVICE                               (11/19/15)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (08/28/17)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (05/18/17)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (05/10/17)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (05/04/17)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (05/03/17)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (03/19/15)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (01/22/15)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (11/21/14)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (06/03/09)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (04/13/09)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (11/21/08)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (09/20/07)
PNEUMOCOCCAL -- DECLINED SERVICE                                 (08/24/07)
INFLUENZA, SPLIT (INCL. PURIFIED -- DECLINED SERVICE             (11/21/08)
TD (ADULT) PRESERVATIVE FREE -- DECLINED SERVICE                 (08/24/07)
Tdap -- DECLINED SERVICE                                         (05/03/17)
Tdap -- DECLINED SERVICE                                         (04/24/17)
Tdap -- DECLINED SERVICE                                         (01/11/17)
Tdap -- DECLINED SERVICE                                         (11/19/15)
Tdap -- DECLINED SERVICE                                         (03/19/15)
Tdap -- DECLINED SERVICE                                         (01/22/15)
Tdap -- DECLINED SERVICE                                         (11/21/14)
Tdap -- DECLINED SERVICE                                         (10/28/11)
Tdap -- DECLINED SERVICE                                         (02/14/11)
Tdap -- DECLINED SERVICE                                         (09/17/10)
Tdap -- DECLINED SERVICE                                         (04/16/10)
```

```
*******  CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL]  *******
*****  FLUTE,EMIL F        <WA>   (WINNEBAGO ADULT REGULAR SUMMARY)  pg 8 *****
```

------------------------------ IMMUNIZATIONS ------------------------------

```
Tdap -- DECLINED SERVICE                              (08/07/09)
Tdap -- DECLINED SERVICE                              (06/03/09)
Tdap -- DECLINED SERVICE                              (04/13/09)
Tdap -- DECLINED SERVICE                              (11/21/08)
ZOSTER -- DECLINED SERVICE                            (09/11/17)
ZOSTER -- DECLINED SERVICE                            (08/28/17)
ZOSTER -- DECLINED SERVICE                            (05/18/17)
ZOSTER -- DECLINED SERVICE                            (05/10/17)
ZOSTER -- DECLINED SERVICE                            (05/04/17)
ZOSTER -- DECLINED SERVICE                            (05/03/17)
ZOSTER -- DECLINED SERVICE                            (04/24/17)
ZOSTER -- DECLINED SERVICE                            (01/11/17)
ZOSTER -- DECLINED SERVICE                            (11/19/15)
ZOSTER -- DECLINED SERVICE                            (03/19/15)
ZOSTER -- DECLINED SERVICE                            (01/22/15)
ZOSTER -- DECLINED SERVICE                            (11/21/14)
Pneumococcal, PCV-13 -- DECLINED SERVICE             (09/11/17)
Pneumococcal, PCV-13 -- DECLINED SERVICE             (05/03/17)
Pneumococcal, PCV-13 -- DECLINED SERVICE             (04/24/17)
Pneumococcal, PCV-13 -- DECLINED SERVICE             (01/11/17)
Pneumococcal, PCV-13 -- DECLINED SERVICE             (11/19/15)
INFLUENZA, HIGH DOSE SEASONAL -- DECLINED SERVICE    (09/11/17)
INFLUENZA [TIV], SEASONAL, INJ -- DECLINED SERVICE   (03/19/15)
INFLUENZA [TIV], SEASONAL, INJ -- DECLINED SERVICE   (01/22/15)
INFLUENZA [TIV], SEASONAL, INJ -- DECLINED SERVICE   (11/21/14)
INFLUENZA [TIV], SEASONAL, INJ -- DECLINED SERVICE   (10/28/11)
INFLUENZA [TIV], SEASONAL, INJ -- DECLINED SERVICE   (02/14/11)
INFLUENZA, Injectable, Quadravalent -- DECLINED SERVICE  (01/11/17)
```

<<<  RCIS ACTIVE REFERRALS  >>>

No Referred Care Referral records within last year.

```
*** END   CONFIDENTIAL PATIENT INFORMATION -- 11/7/2017  4:13 PM  [CAL]  *******
```

---

MEDICAL RECORD                                                    Progress Note:

---

TE DATED: 09/11/2017 09:02
LOCAL TITLE: PRIMARY CARE
VISIT: 09/11/2017 08:18 RED TEAM MD


Ambulatory Care Note

---

FLUTE, EMIL F                    WINNEBAGO   VISIT DATE UNKNOWN
CHIEF COMPLAINT
Chief Complaint: 67 year old male in to discuss labs done on 08/28/17; allergic
to bactrim, versed, clindamycin and codeine; flu, zoster and pneumo due


SUBJECTIVE: 67 y/o native woman with h/o CHRONIC RA, with deformities in his
joints,mainly in hands and writs mainly  he sees rheumatology on regular bases
He was seen by podiatry recently and he needs labs for follow up HEPATITIS PANEL
AND HIV COUNSELLING AND TESTING.
Today I fully discussed results with him ,reassured him they all negative

SOCIAL HISTORY
Living Situation: lives in sioux city
Occupation: retired
FAMILY HISTORY
 rital Status: Married
 sacco use: no
Alcohol use: no
Illicit drug use: no
Domestic Violence:  deny

PAST MEDICAL HISTORY:Chronic Problems:
 1)Rheumatoid arthritis | |
   -QUALIFIERS:
   Severity Moderate
 2)Essential hypertension | uncontrolled |
   -QUALIFIERS:
   Severity Mild to moderate
 3)Obesity | |
 4)Hyperlipidemia | |
 5)Coronary arteriosclerosis | post angiogram , stanford SIOUX FALLs |
 6)Chronic obstructive lung disease | |
   -QUALIFIERS:
   Severity Mild to moderate
REVIEW OF SYSTEMS
Constitutional:
  Denies: Fever, weight loss, chills, swollen gland
Cardiovascular:
  Denies: Chest pain, dyspnea, orthopnea, palpitations
Respiratory:
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

---

FLUTE, EMIL F                    WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                                 Pt. Loc: OUTPATIENT                  Vice SF 509

---

MEDICAL RECORD                                                    Progress Note

---

/11/2017 09:02        ** CONTINUED FROM PREVIOUS PAGE **

   Denies: shortness of breath, cough, wheezing
Genitourinary:
   Denies: dysuria, urination changes
Musculoskeletal:
   Denies: Stiffness, weakness, swelling
Neurologic:
   Denies: Headache, seizure, syncope, numbness, tingling
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
MEDICATIONS
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|
| 1) ASPIRIN 81MG E.C. TAB  Qty: 120 for 90 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 3 | Issu:03-15-17 Last:07-05-17 Expr:03-16-18 |
| 2) ATORVASTATIN 40MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| 3) CALCIUM CARBONATE 500MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| ERGOCALCIFEROL 1.25MG (50,0000 UNITS) CAPS  Qty: 1 for 28 days  Sig: TAKE ONE (1) CAPSULE BY MOUTH MONTHLY FOR VITAMIN D DEFICIENCY | ACTIVE Refills: 4 | Issu:03-15-17 Last:08-28-17 Expr:03-16-18 |
| 5) HYDROCODONE/APAP 5/325 TABLET  Qty: 40 for 30 days  Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS IF NEEDED FOR PAIN | ACTIVE Refills: 0 | Issu:08-28-17 Last:08-28-17 Expr:09-27-17 |
| 6) HYDROXYCHLOROQUINE SULFATE 200MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID ARTHRITIS | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| 7) LEFLUNOMIDE 20MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| 8) LOSARTAN 100MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| 9) METFORMIN XR 500MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY WITH FOOD FOR DIABETES | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 Expr:08-29-18 |
| 10) METOPROLOL SUCC XL 50MG TABLET  Qty: 90 for 30 days  Sig: TAKE THREE (3) | ACTIVE Refills: 5 | Issu:08-28-17 Last:08-28-17 |

                     ** THIS NOTE CONTINUED ON NEXT PAGE **

---

---

---

MEDICAL RECORD                                                Progress Note.

---

/11/2017 09:02        ** CONTINUED FROM PREVIOUS PAGE **

           TABLETS BY MOUTH DAILY FOR HIGH BLOOD              Expr:08-29-18
           PRESSURE
11)  OCUVITE LUTEIN TABLET  Qty: 30 for 30      ACTIVE        Issu:08-28-17
     days  Sig: TAKE 1 TABLET BY MOUTH          Refills: 5    Last:09-05-17
     DAILY WITH FOOD                                          Expr:08-29-18
12)  PREDNISONE 5MG TABLET  Qty: 30 for 30       ACTIVE       Issu:08-28-17
     days  Sig: TAKE ONE (1) TABLET BY           Refills: 5   Last:08-28-17
     MOUTH DAILY TAKE WITH FOOD                               Expr:08-29-18
13)  SILVER SULFADIAZINE 1% CREAM  Qty: 25        ACTIVE      Issu:05-04-17
     for 30 days  Sig: APPLY A THIN LAYER         Refills: 1  Last:05-04-17
     TO THE AFFECTED AREA TWICE A DAY                         Expr:05-05-18
14)  TRIAMCINOLONE 0.1% CREAM 15GM  Qty: 30       ACTIVE      Issu:06-15-17
     for 10 days  Sig: APPLY A THIN LAYER         Refills: 1  Last:06-15-17
     TO THE AFFECTED AREA TWICE A DAY FOR                     Expr:06-16-18
     RASH/ITCHING


                                                           Start Date
     Active NON WINNEBAGO MEDS Medications      Refills    Expiration
===================================================================
1)   NON WINNEBAGO MEDS ATORVASTATIN 40MG       ACTIVE
     TABLET  Sig: 40MG BY MOUTH AT BEDTIME

15 Total Medications

    :ient taking OTC/HERBAL/outside rx's: Yes, Explain:
PHYSICAL EXAM:
BODY MASS INDEX (BMI): 34.16  (Sep 11, 2017@08:30)
BLOOD PRESSURE: 144/75  (Sep 11, 2017@08:30)
HEIGHT: 68.00 (172.72 cm)  (Sep 11, 2017@08:30)
PAIN: 0  (Sep 11, 2017@08:30)
PULSE: 55  (Sep 11, 2017@08:30)
RESPIRATIONS: 18  (Sep 11, 2017@08:30)
TEMPERATURE: 97.4 (36.333 C)  (Sep 11, 2017@08:30)
WEIGHT: 224.70 (102.01 kg)  (Sep 11, 2017@08:30)
Last Height: 68.00 in [172.72 cm]
Last Weight:224.70 lb [102.01 kg]  (Sep 11, 2017@08:30)
BMI: 34.16
GENERAL:
Alert and oriented x 3, no acute distress.
HEENT
Pupils equal and round, External ear and TMs clear, Nose and nasal mucosa
normal, Pharynx without erythema, swelling, or exudate.
NECK:
No lymphadenopathy, No masses noted, Non-tender
RESPIRATORY:
Clear to auscultation bilaterally , Normal respiratory effort
CV:
             ** THIS NOTE CONTINUED ON NEXT PAGE **

---

---

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Note
-------------------------------------------------------------------------------
```

/11/2017 09:02       ** CONTINUED FROM PREVIOUS PAGE **

Normal S1 and S2, No murmurs, No Rubs
ABDOMEN:
Bowel sounds normal, No masses, No HSM, No tenderness.
SKIN:
No rashes, No induration, No nodules
EXTREMITIES:
No clubbing, No cyanosis, No edema , Non-tender

```
===============================================================================
                              ASSESSMENT
===============================================================================
```

1) Essential hypertension | uncontrolled (P)|
   -QUALIFIERS:
   Severity Mild to moderate
   -EDUCATION:
   Essential hypertension-NUTRITION
   Essential hypertension-LIFESTYLE ADAPTATION
   Essential hypertension-PREVENTION

2) Chronic obstructive lung disease |   (S)|
   -QUALIFIERS:
   Severity Mild to moderate
   -EDUCATION:
   Chronic obstructive lung disease-DISEASE PROCESS

   Rheumatoid arthritis |   (S)|
   -QUALIFIERS:
   Severity Moderate
   -EDUCATION:
   Rheumatoid arthritis-DISEASE PROCESS
   Rheumatoid arthritis-NUTRITION
   Rheumatoid arthritis-EXERCISE
   Rheumatoid arthritis-PREVENTION

```
===============================================================================
                                 PLAN
===============================================================================
```
RTC next 2 months
Orders:

PATIENT EDUCATION:
Essential hypertension-NUTRITION; Essential hypertension-LIFESTYLE ADAPTATION;
Essential hypertension-PREVENTION; Rheumatoid arthritis-DISEASE PROCESS;
Rheumatoid arthritis-NUTRITION; Rheumatoid arthritis-EXERCISE; Rheumatoid
arthritis-PREVENTION; Chronic obstructive lung disease-DISEASE PROCESS;


Disposition: Discharge to home
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------------------
```
   TE,EMIL F                      WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                                  Pt Loc: OUTPATIENT                   Vice SF 509
```
-------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
--------------------------------------------------------------------------
```

/11/2017 09:02      ** CONTINUED FROM PREVIOUS PAGE **

Condition: Stable

                    Signed by: /es/ AHMED MOHAMMED MD
                               MD
                               09/11/2017 09:07

---

MEDICAL RECORD                                                              Progress Note

---

TE DATED: 08/28/2017 10:41
CAL TITLE: PHARMACY
VISIT: 08/28/2017 12:00 PHARMACY
Emil requested that all of his prescriptions have an even number of refills and
come due at the same time. I refilled a few of his prescriptions that were last
filled on 8-8 a couple days early for him today. Also, I contacted Dr. Mohammed
to even up refills on losartan and metformin. I took a telephone order to make
the refills even at 5.

                        Signed by: /es/ AMANDA PHARM D NEYHART
                                        PharmD
                                        08/28/2017 10:45

---

UTE, EMIL F                          WINNEBAGO HOSPITAL          Printed:11/07/2017 16:17
                                     Pt Loc: OUTPATIENT                       Vice SF 509

---

---

MEDICAL RECORD                                           Progress Note

---

`E DATED: 08/28/2017 09:11
.JCAL TITLE: PRIMARY CARE
VISIT: 08/28/2017 08:35 RED TEAM MD


Ambulatory Care Note

---

FLUTE,EMIL F.                    WINNEBAGO  VISIT DATE UNKNOWN
CHIEF COMPLAINT
Chief Complaint: 67 y/o male here reqeusting labs and refill of rx. allergies
to bactrim,versed,codeine, and clindamycin. no otc medications. Immunizations
declined are zoster and pcv.

SUBJECTIVE: 67 y/o native woman with h/o CHRONIC RA, with deformities in his
joints,mainly in hands and writs mainly  he sees rheumatology on regular bases
He is here mainly for complete medications recancilliation.
He was seen by podiatry recently and he needs labs for follow up HEPATITIS PANEL

AND HIV COUNSELLING AND TESTING.

SOCIAL HISTORY
Living Situation: lives in sioux city
Occupation: retired
FAMILY HISTORY
 rital Status: Married
 .bacco use: no
Alcohol use: no
Illicit drug use: no
Domestic Violence:  deny

PAST MEDICAL HISTORY:Chronic Problems:
 1)Rheumatoid arthritis | |
    -QUALIFIERS:
    Severity Moderate
 2)Essential hypertension | uncontrolled |
    -QUALIFIERS:
    Severity Mild to moderate
 3)Obesity | |
 4)Hyperlipidemia | |
 5)Coronary arteriosclerosis | post angiogram , stanford SIOUX FALLS |
 6)Chronic obstructive lung disease | |
    -QUALIFIERS:
    Severity Mild to moderate
REVIEW OF SYSTEMS
Constitutional:
  Denies: Fever, weight loss, chills
Ears/Nose/Mouth/Throat:
Ear   Denies hearing Loss , Denies earaches , Denies tinnitus , Denies
infection , Denies drainage
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

---

FLUTE,EMIL F                 WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                             Pt Loc: OUTPATIENT                  Vice SF 509

---

```
---------------------------------------------------------------------
MEDICAL RECORD                                          Progress Note
---------------------------------------------------------------------
```

/28/2017 09:11      ** CONTINUED FROM PREVIOUS PAGE **

Respiratory:
    Denies: shortness of breath, cough, wheezing
Genitourinary:
    Denies: dysuria, urination changes
Skin/Breast:
    Denies: Rash, bruising, itching
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
MEDICATIONS
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|---|
| 1) | ASPIRIN 81MG E.C. TAB  Qty: 120 for 90 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 3 | Issu:03-15-17 Last:07-05-17 Expr:03-16-18 |
| 2) | ATORVASTATIN 40MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE Refills: 0 | Issu:03-15-17 Last:08-08-17 Expr:09-07-17 |
| 3) | CALCIUM CARBONATE 500MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY | ACTIVE Refills: 0 | Issu:03-15-17 Last:08-08-17 Expr:09-07-17 |
| | ERGOCALCIFEROL 1.25MG (50,0000 UNITS) CAPS  Qty: 1 for 28 days  Sig: TAKE ONE (1) CAPSULE BY MOUTH MONTHLY FOR VITAMIN D DEFICIENCY | ACTIVE Refills: 5 | Issu:03-15-17 Last:08-08-17 Expr:03-16-18 |
| 5) | HYDROXYCHLOROQUINE SULFATE 200MG TAB Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID ARTHRITIS | ACTIVE Refills: 0 | Issu:03-15-17 Last:08-08-17 Expr:09-07-17 |
| 6) | LEFLUNOMIDE 20MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 0 | Issu:03-15-17 Last:08-08-17 Expr:09-07-17 |
| 7) | LOSARTAN 100MG TAB  Qty: 30 for 30 days Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 3 | Issu:05-18-17 Last:08-08-17 Expr:05-19-18 |
| 8) | METFORMIN XR 500MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY WITH FOOD FOR DIABETES | ACTIVE Refills: 9 | Issu:05-18-17 Last:08-08-17 Expr:05-19-18 |
| 9) | METOPROLOL SUCC XL 50MG TABLET  Qty: 90 for 30 days  Sig: TAKE THREE (3) TABLETS BY MOUTH DAILY FOR HIGH BLOOD PRESSURE | ACTIVE Refills: 2 | Issu:05-18-17 Last:08-08-17 Expr:05-19-18 |
| 10) | OCUVITE LUTEIN TABLET  Qty: 30 for 30 days  Sig: TAKE 1 TABLET BY MOUTH DAILY WITH FOOD | ACTIVE Refills: 0 | Issu:03-15-17 Last:08-08-17 Expr:09-07-17 |

              ** THIS NOTE CONTINUED ON NEXT PAGE **

```
---------------------------------------------------------------------
  JTE,EMIL F                  WINNEBAGO HOSPITAL      Printed:11/07/2017 16:17
                              Pt Loc: OUTPATIENT                 Vice SF 509
---------------------------------------------------------------------
```

```
MEDICAL RECORD                                              Progress Notes
```

28/2017 09:11     ** CONTINUED FROM PREVIOUS PAGE **

```
11)  PREDNISONE 5MG TABLET  Qty: 30 for 30      ACTIVE      Issu:06-15-17
       days  Sig: TAKE ONE (1) TABLET BY        Refills: 3  Last:08-08-17
       MOUTH DAILY TAKE WITH FOOD                           Expr:06-16-18
12)  SILVER SULFADIAZINE 1% CREAM  Qty: 25      ACTIVE      Issu:05-04-17
       for 30 days  Sig: APPLY A THIN LAYER     Refills: 1  Last:05-04-17
       TO THE AFFECTED AREA TWICE A DAY                     Expr:05-05-18
13)  TRIAMCINOLONE 0.1% CREAM 15GM  Qty: 30     ACTIVE      Issu:06-15-17
       for 10 days  Sig: APPLY A THIN LAYER     Refills: 1  Last:06-15-17
       TO THE AFFECTED AREA TWICE A DAY FOR                 Expr:06-16-18
       RASH/ITCHING
```

|  | Pending Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|---|
| 1) | ATORVASTATIN 40MG TABLET  Qty: 30  Sig: TAKE ONE TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | PENDING Refills: 5 | |
| 2) | CALCIUM CARBONATE 500MG TAB  Qty: 60 Sig: TAKE ONE TABLET BY MOUTH TWICE A DAY | PENDING Refills: 5 | |
| 3) | HYDROCODONE/APAP 5/325 TABLET  Qty: 40 Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS IF NEEDED FOR PAIN | PENDING Refills: 0 | |
|  | HYDROXYCHLOROQUINE SULFATE 200MG TAB Qty: 60  Sig: TAKE ONE TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID ARTHRITIS | PENDING Refills: 5 | |
| 5) | LEFLUNOMIDE 20MG TABLET  Qty: 30  Sig: TAKE ONE TABLET BY MOUTH DAILY | PENDING Refills: 5 | |
| 6) | METOPROLOL SUCC XL 50MG TABLET  Qty: 90 Sig: TAKE THREE TABLETS BY MOUTH DAILY FOR HIGH BLOOD PRESSURE | PENDING Refills: 5 | |
| 7) | OCUVITE LUTEIN TABLET  Qty: 30  Sig: TAKE 1 TABLET BY MOUTH DAILY WITH FOOD | PENDING Refills: 5 | |

|  | Active NON WINNEBAGO MEDS Medications | Refills | Start Date Expiration |
|---|---|---|---|
| 1) | NON WINNEBAGO MEDS ATORVASTATIN 40MG TABLET  Sig: 40MG BY MOUTH AT BEDTIME | ACTIVE | |

21 Total Medications

Patient taking OTC/HERBAL/outside rx's: No
PHYSICAL EXAM:
BODY MASS INDEX (BMI): 34.68  (Aug 28, 2017@08:37)
BLOOD PRESSURE: 183/84  (Aug 28, 2017@08:37)
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

```
JTE,EMIL F                    WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                              Pt Loc: OUTPATIENT               Vice SF 509
```

MEDICAL RECORD                                              Progress Note

/28/2017 09:11      ** CONTINUED FROM PREVIOUS PAGE **

HEIGHT: 67.00 (170.18 cm)   (Aug 28, 2017@08:37)
PULSE: 58  (Aug 28, 2017@08:37)
RESPIRATIONS: 20   (Aug 28, 2017@08:37)
TEMPERATURE: 98.7 (37.056 C)   (Aug 28, 2017@08:37)
WEIGHT: 221.40 (100.52 kg)   (Aug 28, 2017@08:37)
Last Height: 67.00 in [170.18 cm]
Last Weight:221.40 lb [100.52 kg]   (Aug 28, 2017@08:37)
BMI: 34.68
GENERAL:
Alert and oriented x 3,no acute distress.
HEENT
Pupils equal and round, External ear and TMs clear, Nose and nasal mucosa
normal, Pharynx without erythema, swelling, or exudate.
NECK:
No lymphadenopathy, No masses noted, Non-tender
RESPIRATORY:
Clear to auscultation bilaterally , Normal respiratory effort
CV:
Normal S1 and S2, No murmurs, No Rubs
ABDOMEN:
Bowel sounds normal, No masses, No HSM, No tenderness.
SKIN:
No rashes, No induration, No nodules
==================================================================
                           ASSESSMENT
==================================================================

1)Rheumatoid arthritis |  (P)|
    -QUALIFIERS:
    Severity Moderate
    -EDUCATION:
    Rheumatoid arthritis-NUTRITION

2)Essential hypertension | uncontrolled (S)|
    -QUALIFIERS:
    Severity Mild to moderate
    -EDUCATION:
    Essential hypertension-DISEASE PROCESS
    Essential hypertension-LIFESTYLE ADAPTATION

3)Hyperlipidemia |  (S)|
    -EDUCATION:
    Hyperlipidemia-NUTRITION
    Hyperlipidemia-EXERCISE


==================================================================
                             PLAN
==================================================================
            ** THIS NOTE CONTINUED ON NEXT PAGE **

MEDICAL RECORD                                                    Progress Note

/28/2017 09:11       ** CONTINUED FROM PREVIOUS PAGE **

COMPLETE MEDICATIONS RECANCILLIATION
Refill hydrocodone today
RTC 2 weeks to follow up labs
Orders:

Visit Orders:
  HEMOGLOBIN A1C PANEL BLOOD SP Indication: Coronary arteriosclerosis | post |
angiogr... LB #143962
  BLOOD COLLECTION BLOOD SP Indication: Coronary arteriosclerosis | post |
angiogr... LB #143965
  HYDROCODONE/APAP 5/325 TABLET   TAKE ONE (1) TABLET BY MOUTH EVERY 4 TO 6
HOURS AS NEEDED FOR PAIN  Quantity: 40 Days: 30 Refills: 0 *Chronic Med: NO
Dispense as Written: NO Indication: Onychomycosis | |
  CALCIUM CARBONATE TAB  500MG  TAKE ONE (1) TABLET BY MOUTH TWICE A DAY
Quantity: 60 Days: 30 Refills: 5 *Chronic Med: YES Dispense as Written: NO
Indication: Essential hypertension | |
  OCUVITE LUTEIN CAP/TAB   TAKE ONE (1) TABLET ORAL DAILY WITH FOOD  Quantity:
30 Days: 30 Refills: 5 *Chronic Med: YES Dispense as Written: NO Indication:
Essential hypertension | |
  METOPROLOL TAB,SA  50MG  TAKE THREE (3) TABLETS BY MOUTH ONCE DAILY FOR HIGH
BLOOD PRESSURE  Quantity: 90 Days: 30 Refills: 5 *Chronic Med: YES Dispense as
Written: NO Indication: Coronary arteriosclerosis | post angiogr...|
  HYDROXYCHLOROQUINE TAB  200MG  TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR
RUMATOID ARTHRITIS  Quantity: 60 Days: 30 Refills: 5 *Chronic Med: NO
spense as Written: NO Indication: Coronary arteriosclerosis | post angiogr...
  LEFLUNOMIDE TAB  20MG  TAKE ONE (1) TABLET BY MOUTH ONCE DAILY  Quantity: 30
Days: 30 Refills: 5 *Chronic Med: NO Dispense as Written: NO Indication:
Essential hypertension | |
  ATORVASTATIN TAB  40MG  TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR
CHOLESTEROL  Quantity: 30 Days: 30 Refills: 5 *Chronic Med: YES Dispense as
Written: NO Indication: Essential hypertension | |
  BLOOD COLLECTION BLOOD SP Indication: Essential hypertension | uncontrolled |
LB #143962
  HIV 1/2 SCREEN BLOOD SP Indication: Essential hypertension | uncontrolled  LB
|
#143962
  HEPATITIS PROFILE (ACUTE) BLOOD SP Indication: Essential hypertension | |
uncontrolled  LB #143962
PATIENT EDUCATION:
Rheumatoid arthritis-NUTRITION; Essential hypertension-DISEASE PROCESS;
Essential hypertension-LIFESTYLE ADAPTATION; Hyperlipidemia-NUTRITION;
Hyperlipidemia-EXERCISE;


Keep all other appointments.
Sep 11, 2017 8:40 am (20 MINUTES) with RED TEAM MD
         f/u tst
Disposition: Discharge to home
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
-------------------------------------------------------------------
MEDICAL RECORD                                          Progress Note
-------------------------------------------------------------------
```

28/2017 09:11        ** CONTINUED FROM PREVIOUS PAGE **

Condition: Stable

```
                    Signed by: /es/ AHMED MOHAMMED MD
                               MD
                               08/28/2017 09:20
```

```
-------------------------------------------------------------------
   JTE,EMIL F                    WINNEBAGO HOSPITAL       Printed:11/07/2017 16:17
                                 Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------------
```

```
-------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Note
-------------------------------------------------------------------------
```
```
E DATED: 08/28/2017 09:00
LOCAL TITLE: HIV COUNSELING
STANDARD TITLE: COUNSELING NOTE
VISIT: 08/28/2017 08:35 RED TEAM MD
```
                                        HIV Counseling
```
=========================================================================
PATIENT NAME: FLUTE,EMIL F DOB:              MR #
=========================================================================
```

HIV Pre-test Counseling given., HIV Patient Information Sheet given.

I have given the "Subject Information Notice" prior to specimen collection and
will give appropriate information when test results are provided.

                    Signed by: /es/ AHMED MOHAMMED MD
                               MD
                               08/28/2017 09:00

---

MEDICAL RECORD                                                              Progress Note

---

E DATED: 08/23/2017 15:38
LOCAL TITLE: INFECTIOUS DISEASE
VISIT: 08/23/2017 10:26 CHART REVIEW
========================================================================
PATIENT NAME: FLUTE,EMIL F DOB:                    MR #

Patient has been notified several times of needed lab draw to test for Hep C, H
p
B, and HIV. Orders are in place. Will continue to try to reach out to this
patient.

                    Signed by: /es/ Jennifer L KNEEBONE RN
                                     RN
                               08/23/2017 15:38

---

MEDICAL RECORD                                                        Progress Note

---

E DATED: 08/17/2017 09:00
LOCAL TITLE: PUBLIC HEALTH NURSING
STANDARD TITLE: PUBLIC HEALTH & GENERAL NOTE
VISIT: 08/17/2017 09:11 PHN CASE MANAGEMENT
Informed wife of client who works in this department that client needs to come
n
for lab screen d/t sterilization breech.

Client did receive a letter.

Wife says he will come in before the end of the month as he needs to be seen fo

med refills.  He does not want to make 2 trips as he lives in  North Sioux City

Will follow if needed.

                    Signed by: /es/ SUSAN KRAUSE RN,CDE
                                     PHN
                               08/18/2017 09:16

---

FLUTE,EMIL F                      WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                                  Pt Loc: OUTPATIENT                   Vice SF 509

---

---

MEDICAL RECORD                                                    Progress Note

---

TE DATED: 07/07/2017 12:44
LOCAL TITLE: CLINICAL WARNING
STANDARD TITLE: CLINICAL WARNING
VISIT: 07/07/2017 12:44 CHART REVIEW

========================================================================

UNDER INFECTION CONTROL SURVEILLANCE

                    Signed by: /es/ Jennifer L KNEEBONE RN
                                    RN
                               07/07/2017 12:45

MEDICAL RECORD                                                          Progress Note

------------------------------------------------------------------------
PE DATED: 06/15/2017 13:25
LOCAL TITLE: PRIMARY CARE
VISIT: 06/15/2017 12:32 RED TEAM MD


Ambulatory Care Note

------------------------------------------------------------------------
FLUTE,EMIL F                        WINNEBAGO  VISIT DATE UNKNOWN
CHIEF COMPLAINT
Chief Complaint: 67 y/o male here for evaluation and management of recent rx
changes for htn. allergies to bactrim,versed,codeine and clindamycin. no otc
medications. Immunizations declined are zoster and pcv23.


SUBJECTIVE: 66 y/o native woman with h/o CHRONIC RA, with deformities in his
joints,mainly in hands and writs mainly  he sees rheumatology  on regular bases
last visit I started him on metformin for prediabetes and incresed his lopressor

to 150 mg po daily , today BP is well contriolled and he feels well and
asyptomatic
Needs refill on hydrocodone for RA 40 tabs/months.
Needs to decrease the dosage of prednisone to 5 mg po daily

SOCIAL HISTORY
  ving Situation: lives in sioux city
  cupation: retired
FAMILY HISTORY
Marital Status: Married
Tobacco use: no
Alcohol use: no
Illicit drug use: no
Domestic Violence:  deny

PAST MEDICAL HISTORY:Chronic Problems:
 1)Rheumatoid arthritis | |
   -QUALIFIERS:
   Severity Moderate
 2)Essential hypertension | uncontrolled |
   -QUALIFIERS:
   Severity Mild to moderate
 3)Obesity | |
 4)Hyperlipidemia | |
 5)Coronary arteriosclerosis | post angiogram , stanford SIOUX FALLs |
 6)Chronic obstructive lung disease | |
   -QUALIFIERS:
   Severity Mild to moderate
REVIEW OF SYSTEMS
Constitutional:
  Denies: Fever, weight loss, chills
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
FLUTE.EMIL F                      WINNEBAGO HOSPITAL        Printed:11/07/2017 16:1
                                  Pt Loc: OUTPATIENT                     Vice SF 50
------------------------------------------------------------------------

MEDICAL RECORD                                                  Progress Note

----------------------------------------------------------------

/15/2017 13:25      ** CONTINUED FROM PREVIOUS PAGE **

Gastrointestinal:
   Denies: Abdominal pain, nausea, vomiting, diarrhea
Skin/Breast:
   Denies: Rash, bruising, itching
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
MEDICATIONS
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|
| 1) ASPIRIN 81MG E.C. TAB  Qty: 120 for 90 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | HOLD Refills: 3 | Issu:03-15-17 Expr:03-16-18 |
| 2) ATORVASTATIN 40MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE Refills: 2 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 3) CALCIUM CARBONATE 500MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY | ACTIVE Refills: 2 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 4) ERGOCALCIFEROL 1.25MG (50,0000 UNITS) CAPS  Qty: 1 for 28 days  Sig: TAKE ONE (1) CAPSULE BY MOUTH MONTHLY FOR VITAMIN D DEFICIENCY | ACTIVE Refills: 7 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 5) HYDROCODONE/APAP 5/325 TABLET  Qty: 40 for 30 days  Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS IF NEEDED FOR PAIN. | Refills: 0 | Issu:06-15-17 Last:06-15-17 Expr:12-16-17 |
| 6) HYDROXYCHLOROQUINE SULFATE 200MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID ARTHRITIS | ACTIVE Refills: 2 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 7) LEFLUNOMIDE 20MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 2 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 8) LOSARTAN 100MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 5 | Issu:05-18-17 Last:05-18-17 Expr:05-19-18 |
| 9) METFORMIN XR 500MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY WITH FOOD FOR DIABETES | ACTIVE Refills: 11 | Issu:05-18-17 Last:05-18-17 Expr:05-19-18 |
| 10) METOPROLOL SUCC XL 50MG TABLET  Qty: 90 for 30 days  Sig: TAKE THREE (3) TABLETS BY MOUTH DAILY FOR HIGH BLOOD PRESSURE | ACTIVE Refills: 4 | Issu:05-18-17 Last:05-18-17 Expr:05-19-18 |
| 11) NYSTATIN 100000U/GM CREAM  Qty: 30 for | ACTIVE | Issu:06-15-17 |

** THIS NOTE CONTINUED ON NEXT PAGE **

----------------------------------------------------------------

TTE,EMIL F                    WINNEBAGO HOSPITAL          Printed:11/07/2017 16:17
                              Pt Loc: OUTPATIENT                    Vice SF 509

----------------------------------------------------------------

MEDICAL RECORD                                                    Progress Note

/15/2017 13:25      ** CONTINUED FROM PREVIOUS PAGE **

|  | 30 days  Sig: APPLY A SMALL AMOUNT TO THE AFFECTED AREA TWICE A DAY FOR INFECTION | Refills: 0 | Last:06-15-17 Expr:06-16-18 |
|---|---|---|---|
| 12) | OCUVITE LUTEIN TABLET  Qty: 30 for 30 days  Sig: TAKE 1 TABLET BY MOUTH DAILY WITH FOOD | ACTIVE Refills: 2 | Issu:03-15-17 Last:06-07-17 Expr:03-16-18 |
| 13) | PREDNISONE 5MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD | ACTIVE Refills: 5 | Issu:06-15-17 Last:06-15-17 Expr:06-16-18 |
| 14) | SILVER SULFADIAZINE 1% CREAM  Qty: 25 for 30 days  Sig: APPLY A THIN LAYER TO THE AFFECTED AREA TWICE A DAY | ACTIVE Refills: 1 | Issu:05-04-17 Last:05-04-17 Expr:05-05-18 |

| Pending Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|
| 1)  TRIAMCINOLONE 0.1% CREAM 15GM  Qty: 30 Sig: APPLY A THIN LAYER TO THE AFFECTED AREA TWICE A DAY FOR RASH/ITCHING | PENDING Refills: 1 | |

| Active NON WINNEBAGO MEDS Medications | Refills | Start Date Expiration |
|---|---|---|
| 1)  NON WINNEBAGO MEDS ATORVASTATIN 40MG TABLET  Sig: 40MG BY MOUTH AT BEDTIME | ACTIVE | |

16 Total Medications

Patient taking OTC/HERBAL/outside rx's: No
PHYSICAL EXAM:
BODY MASS INDEX (BMI): 34.41   (Jun 15, 2017@13:07)
BLOOD PRESSURE: 121/69   (Jun 15, 2017@13:07)
HEIGHT: 67.00 (170.18 cm)   (Jun 15, 2017@13:07)
PHQ2: 0   (Jun 15, 2017@13:07)
PULSE: 59   (Jun 15, 2017@13:07)
RESPIRATIONS: 20   (Jun 15, 2017@13:07)
TEMPERATURE: 97.5 (36.389 C)   (Jun 15, 2017@13:07)
WEIGHT: 219.70 (99.74 kg)   (Jun 15, 2017@13:07)
Last Height: 67.00 in [170.18 cm]
Last Weight:219.70 lb [99.74 kg]   (Jun 15, 2017@13:07)
BMI: 34.41
GENERAL:
Alert and oriented x 3,no acute distress.
HEENT
Pupils equal and round, External ear and TMs clear, Nose and nasal mucosa
                ** THIS NOTE CONTINUED ON NEXT PAGE **

---

MEDICAL RECORD

Progress Note

---

/15/2017 13:25      ** CONTINUED FROM PREVIOUS PAGE **

normal, Pharynx without erythema, swelling, or exudate.
NECK:
No lymphadenopathy, No masses noted
RESPIRATORY:
Clear to auscultation bilaterally , Normal respiratory effort
EXTREMITIES:
No clubbing, No cyanosis, No edema , Non-tender
==================================================================
                            ASSESSMENT
==================================================================
 1)Rheumatoid arthritis |   (P) |
    -QUALIFIERS:
    Severity Moderate
    -EDUCATION:
    Rheumatoid arthritis-NUTRITION
    Rheumatoid arthritis-LIFESTYLE ADAPTATION
    Rheumatoid arthritis-MEDICATIONS

 2)Essential hypertension | uncontrolled (S) |
    -QUALIFIERS:
    Severity Mild to moderate
    -EDUCATION:
    Essential hypertension-LIFESTYLE ADAPTATION
    Essential hypertension-NUTRITION
    Essential hypertension-MEDICATIONS


==================================================================
                              PLAN
==================================================================
Complete medications recancilliation see below
RTC next 2 months
Orders:

Visit Orders:
    NYSTATIN 100,000U/GM CREAM,TOP  100000UNIT/GM  APPLY A SMALL AMOUNT TO THE
AFFECTED AREA TWICE A DAY FOR INFECTION  Quantity: 30 Days: 30 Refills: 0
*Chronic Med: NO Dispense as Written: NO Indication: Essential hypertension | |
uncontrolled
    TRIAMCINOLONE 0.1% CREAM,TOP  0.1%  APPLY A THIN LAYER TO THE AFFECTED AREA
TWICE A DAY FOR RASH/ITCHING  Quantity: 30 Days: 10 Refills: 1 *Chronic Med: NO
Dispense as Written: NO Indication: Essential hypertension | uncontrolled |
    HYDROCODONE/APAP 5/325 TABLET  TAKE ONE (1) TABLET BY MOUTH EVERY 4 TO 6
HOURS AS NEEDED FOR PAIN  Quantity: 40 Days: 30 Refills: 0 *Chronic Med: NO
Dispense as Written: NO Indication: Onychomycosis | |
    Discontinue PREDNISONE TAB  10MG  TAKE ONE (1) TABLET BY MOUTH DAILY TAKE
WITH FOOD  Quantity: 30 Days: 30 Refills: 5 *Chronic Med: YES Dispense as
Written: NO Indication: Essential hypertension | |
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

---

UTE,EMIL F                      WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                                Pt Loc: OUTPATIENT                    Vice SF 509

---

---

MEDICAL RECORD                                                    Progress Note

---

/15/2017 13:25        ** CONTINUED FROM PREVIOUS PAGE **

  PREDNISONE TAB  5MG   TAKE ONE (1) TABLET BY MOUTH ONCE DAILY TAKE WITH FOOD
Quantity: 30 Days: 30 Refills: 5 *Chronic Med: YES Dispense as Written: NO
Indication: Essential hypertension | |
PATIENT EDUCATION:
Rheumatoid arthritis-NUTRITION; Rheumatoid arthritis-LIFESTYLE ADAPTATION;
Rheumatoid arthritis-MEDICATIONS; Essential hypertension-LIFESTYLE ADAPTATION;
Essential hypertension-NUTRITION; Essential hypertension-MEDICATIONS;


Disposition: Discharge to home

Condition: Stable

                    Signed by: /es/ AHMED MOHAMMED MD
                               MD
                               06/15/2017 13:30

---

---

---
MEDICAL RECORD                                                          Progress Note
---

TE DATED: 06/15/2017 13:10
LOCAL TITLE: NURSING
VISIT: 06/15/2017 12:32 RED TEAM MD
PHQ-2
Depression Screen:Date: Jun 15, 2017 Results: NORMAL/NEGATIVE
Last 3 PHQ2: 0   (Jun 15, 2017@13:07)
             0   (May 18, 2017@13:15)
             0   (Mar 15, 2017@12:56)
Last 3 PHQ9: 0   (Mar 15, 2017@12:56)
Over the past two weeks, how often have you been bothered by any of the
following problems? Little interest or pleasure in doing things?
0 = Not at all=Score

Feeling down, depressed, or hopeless?
0 = Not at all= Score

Total point score:0

                    Signed by: /es/ GENEVIEVE PIPE ON HEAD LPN
                               LPN
                               06/15/2017 13:10

---
---

MEDICAL RECORD                                                          Progress Note

TE DATED: 06/08/2017 17:21
LOCAL TITLE: CHART REVIEW
VISIT: 06/08/2017 17:20 CHART REVIEW
chart review for podiatry notes 4/24,4/28, 5/3, 5/10/17

                    Signed by: /es/ CARLA J HALLUM RN
                                    rn
                                    06/08/2017 17:22

---

MEDICAL RECORD                                                          Progress Note

---

TE DATED: 05/18/2017 13:38
LOCAL TITLE: PRIMARY CARE
VISIT: 05/18/2017 13:00 RED TEAM MD


Ambulatory Care Note

---

FLUTE,EMIL F                     WINNEBAGO   VISIT DATE UNKNOWN
CHIEF COMPLAINT
Chief Complaint: 67 y/o male here for review of rx due to having seen the
podiatrist needs tapering medications.

SUBJECTIVE: 66 y/o native woman with h/o CHRONIC RA, with deformities in his
joints, mainly in hands and writs he sees rheumatology seen recently for a small
ulcer on left foot.
Seen by podiatry here and in dakota dunes , told to stop    LEFLUNOMIDE 20MG
TABLET, which is correct to decrease infection and help healing process
Will increase his prednisone  from 5to 10 mg po daily
Will also prescribe some hydrocodone for pain.
BLOOD SUGAR today is 154 mg/dl , will start metformin xr 500 mg po daily
BP is elevated today and previous vist , will increase lopressor to 150 mg po
daily ,will continue losratan 100 mg po daily.

SOCIAL HISTORY
ying Situation: lives in sioux city
cupation: retired
FAMILY HISTORY
Marital Status: Married
Tobacco use: no
Alcohol use: no
Illicit drug use: no
Domestic Violence:  deny

PAST MEDICAL HISTORY:Chronic Problems:
 1)Rheumatoid arthritis | |
   -QUALIFIERS:
   Severity Moderate
 2)Essential hypertension | uncontrolled |
   -QUALIFIERS:
   Severity Mild to moderate
 3)Obesity | |
 4)Hyperlipidemia | |
 5)Coronary arteriosclerosis | post angiogram , stanford SIOUX FALLs |
 6)Chronic obstructive lung disease | |
   -QUALIFIERS:
   Severity Mild to moderate
REVIEW OF SYSTEMS
Constitutional:
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

---

UTE,EMIL F                       WINNEBAGO HOSPITAL        Printed:11/07/2017 16:17
                                  Pt Loc: OUTPATIENT                 Vice SF 509

---

---

MEDICAL RECORD                                                    Progress Note

---

/18/2017 13:38        ** CONTINUED FROM PREVIOUS PAGE **

  Denies: Fever, weight loss, chills
Cardiovascular:
  Denies: Chest pain, dyspnea, orthopnea
Genitourinary:
   Denies: dysuria, urination changes
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
MEDICATIONS
Active Outpatient Medications (including Supplies):


| | Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|---|
| 1) | ASPIRIN 81MG E.C. TAB  Qty: 120 for 90 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | HOLD Refills: 3 | Issu:03-15-17 Expr:03-16-18 |
| 2) | ATORVASTATIN 40MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 3) | CALCIUM CARBONATE 500MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 4) | ERGOCALCIFEROL 1.25MG (50,0000 UNITS) CAPS  Qty: 1 for 28 days  Sig: TAKE ONE (1) CAPSULE BY MOUTH MONTHLY FOR VITAMIN D DEFICIENCY | ACTIVE Refills: 8 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 5) | HYDROCODONE/APAP 5/325 TABLET  Qty: 40 for 30 days  Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS IF NEEDED FOR PAIN | ACTIVE Refills: 0 | Issu:05-18-17 Last:05-18-17 Expr:06-17-17 |
| 6) | HYDROXYCHLOROQUINE SULFATE 200MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY FOR RHEUMATOID ARTHRITIS | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 7) | LEFLUNOMIDE 20MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 8) | LOSARTAN 100MG TAB  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY | ACTIVE Refills: 5 | Issu:05-18-17 Last:05-18-17 Expr:05-19-18 |
| 9) | LOSARTAN 50MG TAB  Qty: 60 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH TWICE A DAY | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 10) | METOPROLOL SUCC XL 100MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY FOR HIGH BLOOD PRESSURE | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 11) | METOPROLOL SUCC XL 50MG TABLET  Qty: 90 | ACTIVE | Issu:05-18-17 |

** THIS NOTE CONTINUED ON NEXT PAGE **

---

YTE,EMIL F                    WINNEBAGO HOSPITAL           Printed:11/07/2017 16:17
                               Pt Loc: OUTPATIENT                      Vice SF 509

---

```
MEDICAL RECORD                                                    Progress Note
```

/18/2017 13:38      ** CONTINUED FROM PREVIOUS PAGE **

|  |  |  |  |
|---|---|---|---|
| | for 30 days  Sig: TAKE THREE (3) TABLETS BY MOUTH DAILY FOR HIGH BLOOD PRESSURE | Refills: 4 | Last:05-18-17 Expr:05-19-18 |
| 12) | OCUVITE LUTEIN TABLET  Qty: 30 for 30 days  Sig: TAKE 1 TABLET BY MOUTH DAILY WITH FOOD | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 13) | PREDNISONE 10MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD | ACTIVE Refills: 5 | Issu:05-18-17 Last:05-18-17 Expr:05-19-18 |
| 14) | PREDNISONE 5MG TABLET  Qty: 30 for 30 days  Sig: TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD | ACTIVE Refills: 3 | Issu:03-15-17 Last:05-04-17 Expr:03-16-18 |
| 15) | SILVER SULFADIAZINE 1% CREAM  Qty: 25 for 30 days  Sig: APPLY A THIN LAYER TO THE AFFECTED AREA TWICE A DAY | ACTIVE Refills: 1 | Issu:05-04-17 Last:05-04-17 Expr:05-05-18 |

| Active NON WINNEBAGO MEDS Medications | Refills | Start Date Expiration |
|---|---|---|

========================================================================

|  |  |  |
|---|---|---|
| 1) | NON WINNEBAGO MEDS ATORVASTATIN 40MG TABLET  Sig: 40MG BY MOUTH AT BEDTIME | ACTIVE |

16 Total Medications

   _lient taking OTC/HERBAL/outside rx's: No
PHYSICAL EXAM:
BODY MASS INDEX (BMI): 34.74  (May 18, 2017@13:15)
BLOOD PRESSURE: 177/84  (May 18, 2017@13:15)
HEIGHT: 67.00 (170.18 cm)  (May 18, 2017@13:15)
PHQ2: 0  (May 18, 2017@13:15)
PULSE: 62  (May 18, 2017@13:15)
RESPIRATIONS: 20  (May 18, 2017@13:15)
TEMPERATURE: 97.8 (36.556 C)  (May 18, 2017@13:15)
WEIGHT: 221.80 (100.70 kg)  (May 18, 2017@13:15)
Last Height: 67.00 in [170.18 cm]
Last Weight:221.80 lb [100.70 kg]  (May 18, 2017@13:15)
BMI: 34.74
GENERAL:
Alert and oriented x 3,no acute distress.
HEENT
Pupils equal and round, External ear and TMs clear, Nose and nasal mucosa
normal, Pharynx without erythema, swelling, or exudate.
NECK:
No lymphadenopathy, No masses noted
RESPIRATORY:
Clear to auscultation bilaterally
CV:

              ** THIS NOTE CONTINUED ON NEXT PAGE **

MEDICAL RECORD                                                          Progress Note
------------------------------------------------------------------------------------
/18/2017 13:38        ** CONTINUED FROM PREVIOUS PAGE **

Normal S1 and S2, No murmurs
ABDOMEN:
Bowel sounds normal, No masses, No HSM, No tenderness.
SKIN:
No rashes, No induration
EXTREMITIES:
No clubbing, No cyanosis, No edema

    WBC                         5.80
    RBC                         4.58        L
    HEMOGLOBIN                  13.6        L
    HEMATOCRIT                  43.2
    MCV                         94.3        H
    MCH                         29.7
    MCHC                        31.5        L
    PLATELET COUNT             147.0
    RDW                         14.4
    MPV                         12.0        H
    NE%, AUTO                   comment
    LY%, AUTO                   comment
    MO%, AUTO                   comment
    EOS%, AUTO                  comment
    BASO%, AUTO                 comment
    PCT                         comment
    BLOOD COLLECTION                        ACCESSIONED
    GLUCOSE                    154.2        H
    UREA NITROGEN               16.500
    CREATININE                   0.91
    BUN/CREAT RATIO             18.10
    SODIUM                     139.90
    POTASSIUM                    4.14
    CHLORIDE                   103.0
    CO2                         28.2
    ANION GAP W/K+              12.50
    ESTIMATED GFR              >60
    TSH                                     ACCESSIONED
    FREE T4                                 ACCESSIONED
    PROSTATE SPECIFIC ANTIGEN               ACCESSIONED
    WBC DIFFERENTIAL (UNITY)                ACCESSIONED
    WBC COUNT (UNITY)                       ACCESSIONED
    SEGS (UNITY)                            ACCESSIONED
    BANDS (UNITY)                           ACCESSIONED
    LYMPHOCYTES (UNITY)                     ACCESSIONED
    MONOCYTES (UNITY)                       ACCESSIONED
    EOSINOPHILS (UNITY)                     ACCESSIONED
    BASOPHILS (UNITY)                       ACCESSIONED
    IMMATURE CELLS (UNITY)                  ACCESSIONED
                ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------------------
UTE, EMIL F                    WINNEBAGO HOSPITAL          Printed:11/07/2017 16:17
                               Pt Loc: OUTPATIENT                     Vice SF 509
------------------------------------------------------------------------------------

MEDICAL RECORD                                              Progress Note

18/2017 13:38      ** CONTINUED FROM PREVIOUS PAGE **

OTHER (UNITY)                    ACCESSIONED
=============================================================
                         ASSESSMENT
=============================================================
1) Infection of foot, Right |   (P)|
   -QUALIFIERS:
   Severity Mild to moderate
   -EDUCATION:
   Infection of foot-NUTRITION
   Infection of foot-LIFESTYLE ADAPTATION
   Infection of foot-PREVENTION
   Infection of foot-DISEASE PROCESS
   Infection of foot-EXERCISE
   Infection of foot-MEDICATIONS

2) Rheumatoid arthritis |   (S)|
   -QUALIFIERS:
   Severity Moderate
   -EDUCATION:
   Rheumatoid arthritis-PREVENTION
   Rheumatoid arthritis-LIFESTYLE ADAPTATION
   Rheumatoid arthritis-DISEASE PROCESS
   Rheumatoid arthritis-EXERCISE

=============================================================
                           PLAN
=============================================================
STOP  LEFLUNOMIDE 20MG TABLET
Increase lopressor tfrom 100 mg to 150 mg po daily
Add metformin x r 500 mg po daily with food
continue hydrocodone prn for pain .

Orders:
Visit Orders:
   PREDNISONE TAB  10MG  TAKE ONE (1) TABLET BY MOUTH DAILY TAKE WITH FOOD
Quantity: 30 Days: 30 Refills: 5 *Chronic Med: YES Dispense as Written: NO
Indication: Essential hypertension | |
   METOPROLOL TAB,SA  50MG  TAKE THREE (3) TABLETS BY MOUTH DAILY FOR HIGH BLOOD
PRESSURE  Quantity: 90 Days: 30 Refills: 4 *Chronic Med: YES Dispense as
Written: NO Indication: Coronary arteriosclerosis | post angiogr...|
   LOSARTAN TAB  100MG  TAKE ONE (1) TABLET BY MOUTH DAILY  Quantity: 30 Days:
30 Refills: 5 *Chronic Med: YES Dispense as Written: NO Indication: Essential
hypertension | |
   HYDROCODONE/APAP 5/325 TABLET  TAKE ONE (1) TABLET BY MOUTH EVERY 4 TO 6
HOURS AS NEEDED FOR PAIN  Quantity: 40 Days: 30 Refills: 0 *Chronic Med: NO
Dispense as Written: NO Indication: Onychomycosis | |
   CBC WITH AUTO DIFF BLOOD SP Indication: Essential hypertension | uncontrolled
|
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------
FLUTE,EMIL F              WINNEBAGO HOSPITAL       Printed:11/07/2017 16:17
                          Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------

---

MEDICAL RECORD                                                    Progress Note

---

/18/2017 13:38        ** CONTINUED FROM PREVIOUS PAGE **

   LB #136052
   BMP BLOOD PLASMA SP Indication: Essential hypertension | uncontrolled  LB |
#136052
   TSH BLOOD/RED SERUM(CHEM) SP Indication: Essential hypertension | |
uncontrolled  LB #136052
   FREE T4 BLOOD/RED SERUM(CHEM) SP Indication: Essential hypertension | |
uncontrolled  LB #136052
   PROSTATE SPECIFIC ANTIGEN BLOOD SP Indication: Essential hypertension | |
uncontrolled  LB #136052
   BLOOD COLLECTION BLOOD SP Indication: Essential hypertension | uncontrolled |
LB #136052
PATIENT EDUCATION:
Infection of foot-NUTRITION; Infection of foot-LIFESTYLE ADAPTATION; Infection
of foot-PREVENTION; Infection of foot-DISEASE PROCESS; Infection of
foot-EXERCISE; Infection of foot-MEDICATIONS; Rheumatoid arthritis-PREVENTION;
Rheumatoid arthritis-LIFESTYLE ADAPTATION; Rheumatoid arthritis-DISEASE
PROCESS; Rheumatoid arthritis-EXERCISE;


Disposition: Discharge to home

Condition: Stable

                    Signed by: /es/ AHMED MOHAMMED MD
                               MD
                               05/18/2017 13:55

---

   UTE,EMIL F                      WINNEBAGO HOSPITAL           Printed:11/07/2017 16:1
                                  Pt Loc: OUTPATIENT                      Vice SF 509

---

MEDICAL RECORD                                                          Progress Note

---

)E DATED: 05/15/2017 09:17
LuCAL TITLE: H & P-OUTSIDE
VISIT: 05/15/2017 09:17 VISTA IMAGING
    VistA Imaging - Scanned Document

                    *** SCANNED DOCUMENT ***
                     SIGNATURE NOT REQUIRED

    Electronically Filed: 05/26/2017
                    by: CAROL J CLIFFORD

---

UTE, EMIL F                      WINNEBAGO HOSPITAL          Printed:11/07/2017 16:17
                                 Pt Loc: OUTPATIENT                     Vice SF 509

---

---

MEDICAL RECORD                                                           Progress Note

---

FE DATED: 05/10/2017 13:14
LOCAL TITLE: PODIATRY
VISIT: 05/10/2017 10:31 PODIATRY
=================================================================================
PATIENT NAME: FLUTE,EMIL F DOB:                    MR #
=================================================================================

FLUTE,EMIL F presents today and notes -
Chief Complaint: 67 YO male patient presents to Podiatry clinic for f/u right
foot ulcer.  See list of allergies.
     Forecasted for zoster and pneumo ps but refused.
 f/u right foot RA nodule/plantar ulcer, last seen one week ago. No
 new complaints.
HPI:   Teille adhesive dressing with xeroform and 1%SSD cream Q48 hours
 dressing changes with modified post op shoe with platazote insoles
 and accomodative aperature.
BMI: 34.46
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
VITALS:
BLOOD PRESSURE: 177/91   (May 10, 2017@10:55)
O2 SATURATION: 99  (May 10, 2017@10:55) Qualifiers:
PAIN: 0  (May 10, 2017@10:55)
PULSE: 56  (May 10, 2017@10:55)
RESPIRATIONS: 20  (May 10, 2017@10:55)
TEMPERATURE: 97.4 (36.333 C)  (May 10, 2017@10:55)
 OOD PRESSURE: 169/85  (May 10, 2017@11:00)
 JECTIVE
Shoegear: modified post op shoe
Ulcer present  Focused PE: right foot sub 3rd MPJ ulcer
 post debridemtn measurement: 3mm x 3mm x 1mm depth, fibrin over
 red granular wound base, no odor, no drainage, no cellulitis, no
 button wholing of wound.
ASSESSMENT:
 1. Healing RA mal perforans ulcer sub 3rd MPJ of the right foot.
 Patient responding to current therapies. Concerned with 100%
 compliance with use of special post op shoe right foot.
PLAN:
 1. Sharp debridement of ulcer
 2. continue same wound care regimend
 3. %1 SSD cream/xeroform/Tielle adhesive dressings q48 hours.
 4. F/U in one week.

                    Signed by: /es/ JOHN HORLEBEIN
                         05/10/2017 13:27

---

UTE,EMIL F                      WINNEBAGO HOSPITAL          Printed:11/07/2017 16:17
                                Pt Loc: OUTPATIENT                    Vice SF 509

---

------------------------------------------------------------------------

MEDICAL RECORD                                                    Progress Note
------------------------------------------------------------------------
( PE DATED: 05/04/2017 11:31
LOCAL TITLE: PODIATRY
VISIT: 05/04/2017 10:03 PODIATRY
================================================================
PATIENT NAME: FLUTE,EMIL F DOB:              MR #
================================================================

FLUTE,EMIL F presents today and notes -
Chief Complaint: 67 YO male patient presents to podiatry clinic for right foot
ulcer with no pain noted to area.  See list of allergies.
    Forecasted for pnemococcal and zoster but refused.
 f/u right foot, seen yesterday. New tielle adhesive border dressing
 have been obtained since last visit.
VITALS:
BLOOD PRESSURE: 143/77   (May 04, 2017@10:47)
O2 SATURATION: 96  (May 04, 2017@10:47) Qualifiers:
PAIN: 0  (May 04, 2017@10:47)
PULSE: 61  (May 04, 2017@10:47)
RESPIRATIONS: 20  (May 04, 2017@10:47)
TEMPERATURE: 98.2 (36.778 C)  (May 04, 2017@10:47)
HPI:  Denies n/v/c/f. Patient wife has seen 80-90% wound reduction since
 intial visit, she changes his dressings Q48hours.
BMI: 34.46
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
VITALS:
 ( )OD PRESSURE: 143/77   (May 04, 2017@10:47)
 SATURATION: 96  (May 04, 2017@10:47) Qualifiers:
PAIN: 0  (May 04, 2017@10:47)
PULSE: 61  (May 04, 2017@10:47)
RESPIRATIONS: 20  (May 04, 2017@10:47)
TEMPERATURE: 98.2 (36.778 C)  (May 04, 2017@10:47)
OBJECTIVE
Ulcer present  Focused PE: wound right foot sub 3rd MPJ
 size: 8-9mm ovoid x 1mm depth with fibrin over red granul;ar wound
 base, reduced button hole effect, no odor, no drainage,
 accomodative shoe in good condition.
 1. Healing RA nodule ulcer right foot sub 3rd mpj, 80% plus
 reduction in wound.
 1. Wound care render and dressing applied.

                    Signed by: /es/ JOHN HORLEBEIN
                               05/04/2017 11:47

------------------------------------------------------------------------
------------------------------------------------------------------------

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Note
--------------------------------------------------------------------------
```
`E DATED:` 05/03/2017 `13:03`
LOCAL TITLE: PODIATRY
VISIT: 05/03/2017 09:30 PODIATRY
```
==========================================================================
PATIENT NAME: FLUTE,EMIL F DOB:                MR #
==========================================================================
```

FLUTE,EMIL F presents today and notes -
Chief Complaint: 67 YO male patient presents to podiatry clinic for callous to
right posterior foot; 1 cm wound noted to right posterior foot. See list of
allergies.
    Refuse tdap, zoster and pcv-13.
 F/U right foot planter ulcer right 3rd MPJ. He been on 6 day road
 trip, change dressing with 1% SSD cream and Tielle adhesive low
 profile dressing every 48 hours and ambulating in accomodative
 platazote shoe with aperature modifications.
VITALS:
BLOOD PRESSURE: 152/80   (May 03, 2017@09:38)
O2 SATURATION: 95   (May 03, 2017@09:38) Qualifiers:
PAIN: 0   (May 03, 2017@09:38)
PULSE: 61   (May 03, 2017@09:38)
RESPIRATIONS: 20   (May 03, 2017@09:38)
TEMPERATURE: 97.9 (36.611 C)   (May 03, 2017@09:38)
HPI:
Right foot feeling better, wife changed dressing every other day on road trip. F

a..ies n/v/c/f/p to right foot.

Focused PE:
Ulcer size is approx 9mm diameter, partial thickness, fibrin film formation over

budding red granular wound base, no odor, less button hole appearence. Shoe
accomadations sucessful in off-weighting wound.

Impression:
1.)  RA ulcerative nodule healing with current wound therapies. 75% improvement
to date with current therapies in the last 3 weeks. We have significant
challenges with a very distorted subluxed MPJ's of his right foot.

Plan:
1) Sharp debridement performed right foot ulcer.
2) Continue same wound therapy regimen.
3) Out of tiele, will dispense more tiele tomorrow.

                 Signed by: /es/ JOHN HORLEBEIN
                            05/03/2017 17:08
```

```
--------------------------------------------------------------------------
FLUTE,EMIL F                    WINNEBAGO HOSPITAL       Printed:11/07/2017 16:17
                                Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------------------
```

---

MEDICAL RECORD                                                    Progress Note

---

TE DATED:  04/28/2017  10:27
LOCAL TITLE: PODIATRY
VISIT: 04/27/2017 09:12 PODIATRY
 F/u of Right planter 3rd MPJ RA associated ulcer. Patient has been
 very compliant with therapies to date and he and his wife have
 notice much improvement in reduction of wound and decreased in
 overall discomfort.
VITALS:
BLOOD PRESSURE: 180/90   (Apr 27, 2017@09:15)
O2 SATURATION: 98   (Apr 27, 2017@09:15) Qualifiers:
PAIN: 6   (Apr 27, 2017@09:15)
PULSE: 53   (Apr 27, 2017@09:15)
RESPIRATIONS: 18   (Apr 27, 2017@09:15)
TEMPERATURE: 97.3 (36.278 C)   (Apr 27, 2017@09:15)
HPI:  Tennis shoes have had soft foam acomodations in addition to use of
 full sole 1/4" felt accomodative aperature of planter forefoot
 wound.  Purpose of visit today to improve mechanical off-
 weighting.  Pt states his mother-inlaw passed away and they will
 be out of town till next Wednesday.  He denies n/v/c/f, no Abx
 therapies.
BMI: 34.46
ALLERGIES: BACTRIM, VERSED, CODEINE, CLINDAMYCIN
VITALS:
BLOOD PRESSURE: 180/90   (Apr 27, 2017@09:15)
O2 SATURATION: 98   (Apr 27, 2017@09:15) Qualifiers:
 IN: 6   (Apr 27, 2017@09:15)
 LSE: 53   (Apr 27, 2017@09:15)
RESPIRATIONS: 18   (Apr 27, 2017@09:15)
TEMPERATURE: 97.3 (36.278 C)   (Apr 27, 2017@09:15)
OBJECTIVE
Shoegear: tennis shoes
DERM:
    Dressing is C/D/I, drainage minimal, no odor, no erythema, wound is
    now partial thickness with periwound contracture with red granular
    wound base. Button hole effect is seen with aperature padding,
    essential skin on bone palpable diolocated metheads with
    significant fat pad atrophy, skin normal temp.  Wound size: 7mm x
    8mm diameter by partial thickness 1-2mm depth, down from 25mm x 15
    mm full thickness of first visit.
ASSESSMENT:
 High risk RA patient with stabilized right foot sub 3rd MPJ.
 responding to current therapies.  Smoking cessation would be
 beneficial. Transition patient to a lower profiled dressing with a more
 aggressive mechanical off-weighting of wound in patients shoes.
 1.   Light wound debridement, continue same wound therapies.
 2:   Place Spenco base to right shoe, place double thickness 1/4"
 plastazote insole with wound aperature in right shoe to stabilzed
 mechanical ambulation pressures.
 f/u mext Wednesday.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

---

---

MEDICAL RECORD
Progress Note

/28/2017 10:27      ** CONTINUED FROM PREVIOUS PAGE **

Dispense: Adheisive border Tiele 4" dressings, change Q48 hours
with 1% SSD cream. Dispense 3 dressing changes.
RTC 6 day(s).

                    Signed by: /es/ JOHN HORLEBEIN
                               04/28/2017 10:48

---

MEDICAL RECORD

---

TE DATED: 04/24/2017 11:03
LUCAL TITLE: PODIATRY
VISIT: 04/24/2017 09:05 PODIATRY

=================================================================
PATIENT NAME: FLUTE,EMIL F DOB:                    MR #
=================================================================

FLUTE,EMIL F presents today and notes - No Chief Complaint.
 f/u ulcer of right foot sub 3rd MPJ. Pain is less, Dressing changes
 by spouse QD with 1% SSD cream and xeroform/guase dressing and
 aperature pad accomodation to right forefoot.
HPI:  Pat states pain is much less, denies n/v/c/f.
BMI: 34.46
OBJECTIVE
Shoegear: tennis shoes
VASCULAR:
    Normal vascular Exam:  DP & PT 2/4, CFT immediate to
    all digits , positive hair growth, temperature is
    warm to warm from malleoli distal to toes .
DERM:
Ulcer present  Ulcer has reduced signficantly.  Size: 8mm diameter, down from
25mm
x 15 mm.  Significant wound contracture and less button hole effect.
 no odor, no cellulitis.
ASSESSMENT:
 A patient with significant dislocated MPJ's of right foot casuing
 pressure ulcer sub 3rd MPJ. 75% improvement to date in reduction in
 size and depth of wound with current therapies.
PLAN:
 Light pericallus debridement, 1% SSD cream, xeroform, 1/4" felt
 forefoot pad with tincture of bensoin to peridskin regions, guase
 dressing, apply tennis shoe.
RTC 2 day(s).

                  Signed by: /es/ JOHN HORLEBEIN
                             04/24/2017 11:13

---