UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| EMIL FLUTE, and PATRICIA FLUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 4:18-CV-04112-RAL<br><br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

On July 24, 2019, this Court allowed a 120-day period to conduct jurisdictional discovery key to whether there were circumstances such that the United States had waived sovereign immunity. This Court granted four joint motions to extend that time, ultimately setting September 30, 2020, as the deadline to complete jurisdictional discovery. Doc. 38. This Court also set the Plaintiffs' deadline to submit any final documents to this Court in opposition to the motion to dismiss as October 16, 2020, and the Defendant's deadline to respond to "Plaintiffs' Proof Exemplar in Opposition to Motion to Dismiss" as November 20, 2020. There have been no further pleadings filed. For good cause, it is hereby

ORDERED that Plaintiff has until April 30, 2021, to show cause why the case should not be dismissed due to Plaintiff not having established federal jurisdiction through circumstances supporting a waiver of sovereign immunity.

DATED this 13th day of April, 2021.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE