# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| EMIL FLUTE, and<br>PATRICIA FLUTE,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 18-4112<br><br>**SECOND DECLARATION OF DAVID KING IN RESISTANCE TO DEFENDENTS MOTION TO DISMISS** |

**COMES NOW** David J. King, and after being first duty sworn and under oath does hereby depose and states as follows:

1. I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

2. Attached as Exhibit "1" is a true and correct copy of the Deposition of Laura Donohue, a nurse at IHS Winnebago Hospital and Clinic taken on May 19, 2021.

3. Attached as Exhibit "2" is a true and correct copy of the Deposition of Sophia Perttula, a nurse at IHS Winnebago Hospital and Clinic taken on May 19, 2021.

Pursuant to the authority of 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 11 day of June, 2021 in Sioux Falls, South Dakota.

David J. King
Attorney for Plaintiffs
101 N. Phillips Ave, Ste 602
Sioux Falls, SD 57104
Phone: (605) 332-4000
Fax: (605) 334-5797

David@davidkinglawfirm.com

**CERTIFICATE OF SERVICE:**

    I certify that on this \_\_11\_\_ day of June, 2021, a copy hereof has been served to the following via email.

**Ronald A. Parsons, Jr.**
**United States Attorney**
**Delia M. Druley**
**Email:** *Delia.Druley@usdoj.gov*
**Assistant U.S. Attorney**
**P.O. Box 2638**
**Sioux Falls, SD 57101-2638**
**Fax: (605)330-4402**

_____
David J. King