UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| EMIL FLUTE and PATRICIA FLUTE,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | 4:18-cv-04112-RAL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

　　Comes now the Defendant, by and through its undersigned counsel, and files this Notice of Withdrawal and Substitution of Counsel. Assistant United States Attorney Delia M. Druley was originally assigned to this case but will be departing from the U.S. Attorney's Office and returning to private practice effective June 18, 2021. Assistant United States Attorney Diana Ryan is now appearing as counsel for Defendant in the above-captioned action, replacing Assistant United States Attorney Delia M. Druley.

　　Notice is further given that all papers and documents in said action are to be served upon the undersigned as counsel of record for Defendant.

　　Dated this 17th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　DENNIS R. HOLMES
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Diana Ryan*
　　　　　　　　　　　　　　　　　　　　Diana Ryan, Civil Chief
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　P.O. Box 2638
　　　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57101-2638
　　　　　　　　　　　　　　　　　　　　(605) 330-4400
　　　　　　　　　　　　　　　　　　　　Diana.Ryan@usdoj.gov